**SHERR LAW GROUP, LLP**                    ATTORNEY FOR DEFENDANTS
BY:    Anthony Sherr, Esquire
Identification No. 44603
        Stefanie Sherr, Esquire
Identification No. 327824
101 W. Airy Street
Suite 100
Norristown, PA  19401
(484) 591-3001
FAX (484) 210-0099

---

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH ROBERTS, | : | |
| KIM ZAPATA d/b/a KIM'S CARS | : | |
| And | : | |
| KIM ZAPATA | : | Civil Complaint |
|       Plaintiffs | : | |
| v. | : | |
| | : | |
| THE BOROUGH OF MANHEIM, | : | |
| DONNA CZEINER | : | |
| Individually and in her official capacity as | : | Jury Trial Demanded |
| Zoning and Codes Officer | : | |
| And | : | |
| ADRIN VARGAS | : | |
| Individually and in his official capacity as | : | |
| Assistant Zoning and Codes Officer | : | |
|       Defendants | : | |

### <u>NOTICE OF REMOVAL</u>

NOW COMES, Defendants, The Borough of Manheim, Donna Czeiner and Adrin Vargas, by and through their authorized counsel of record, Sherr Law Group, LLP, and serve notice that the above-captioned matter is being removed to the United States District Court for the Middle District of Pennsylvania.  The basis of this removal is as follows:

1.      This matter was filed via a Writ of Summons in the Court of Common Pleas of Lancaster County on January 31, 2023.

2.    The matter was captioned as Joseph Roberts, Kim Zapata d/b/a Kim's Cars and Kim Zapata v. The Borough of Manheim, Donna Czeiner, Individually and in her official capacity as Zoning and Codes Officer, Adrin Vargas Individually and his official capacity as Assistant Zoning and Codes Officer and James R. Fisher Individually and in his official capacity as Borough Manager.

3.    Service of the Writ of Summons was made on all defendants on February 27, 2023, via personal service by the Lancaster County Sheriff's Office.

4.    As this Notice of Removal is filed within 30 days after service and receipt upon all defendants, this Notice is timely filed.

5.    All Defendants join in this Notice of Removal as all listed Defendants are represented by the undersigned.

6.    A Complaint was filed with the Lancaster County Prothonotary on February 28, 2023. A true and correct copy of the Complaint is attached hereto as Exhibit "A".

7.    Count II of Plaintiffs' Complaint purports to set forth a claim pursuant to 42 U.S.C. § 1983 for an alleged violation of plaintiffs' constitutional rights.

8.    Count III of Plaintiffs' Complaint purports to set forth a claim pursuant to 42 U.S.C. §1983 and §1985.

9.    Count VI of Plaintiffs' Complaint purports to set forth a claim pursuant to 42 U.S.C. §3604(a), et seq.

10.    This action is a civil action for which this Court has Original Jurisdiction pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343 and 28 U.S.C. § 1367 (a).

11.    Pursuant to 28 U.S.C .§1441(a) this matter is being removed.

12.    This action is properly removed from the Lancaster County Court of Common

Pleas to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**SHERR LAW GROUP, LLP**

BY:

Anthony Sherr, Esquire
Attorney for Defendants

# EXHIBIT "A"

ENTERED AND FILED
PROTHONOTARY'S OFFICE
LANCASTER, PA
***Electronically Filed***
Feb 28 2023 10:20AM
Ryan McMinn

WEISBERG LAW
David A. Berlin, Esquire
PA Attorney Id. No. 314400
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880

SCHAFKOPF LAW LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334

*Attorneys for Plaintiffs*

| | |
|---|---|
| **JOSEPH ROBERTS** <br> 14 Faculty Road <br> Duncannon, PA 17020 <br><br> and <br><br> **KIM ZAPATA d/b/a KIM'S CARS** <br> 234 E. Ferdinand St. <br> Manheim, PA 17545 <br><br> and <br><br> **KIM ZAPATA** <br> 234 E. Ferdinand St. <br> Manheim, PA 17545 <br> Plaintiffs <br><br> **v.** <br><br> **THE BOROUGH OF MANHEIM** <br> 15 E High St <br> Manheim, PA 17545 <br><br> and <br><br> **DONNA CZEINER** <br> Individually and in her official capacity as <br> Zoning and Codes Officer <br> The Borough of Manheim <br> 15 E High St <br> Manheim, PA 17545 <br><br> and <br><br> **ADRIN VARGAS** <br> Individually and in his official capacity as <br> Assistant Zoning and Codes Officer <br> The Borough of Manheim | LANCASTER COUNTY COURT OF <br> COMMON PLEAS <br><br> **CI-23-00704** <br><br> CIVIL COMPLAINT NO. : CI-23-00704 <br><br><br> JURY TRIAL OF TWELVE (12) <br> JURORS DEMANDED |

15 E High St                                          :
Manheim, PA 17545                                     :
                                                      :
and                                                   :
                                                      :
**JAMES R. FISHER**                                   :
Individually and in his official capacity as          :
Borough Manager                                       :
The Borough of Manheim                                :
15 E High St                                          :
Manheim, PA 17545                                     :
                                                      :
                      Defendants.

## NOTICE TO DEFEND

| **NOTICE** | AVISO |
|---|---|
| You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.<br><br>YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. | Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas ex-puestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion.  Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br><br>USTED LE DEBE TOMAR ESTE PAPEL A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE A UN ABOGADO, VA A O TELEFONEA LA OFICINA EXPUSO ABAJO. ESTA OFICINA LO PUEDE PROPORCIONAR CON INFORMATION ACERCA DE EMPLEAR A UN ABOGADO. |

| | |
|---|---|
| IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.<br><br><br>Lancaster County Bar Association<br>28 E Orange St, Lancaster, PA 17602<br>717-393-0737 | SI USTED NO PUEDE PROPORCIONAR PARA EMPLEAR UN ABOGADO, ESTA OFICINA PUEDE SER CAPAZ DE PROPORCIONARLO CON INFORMACION ACERCA DE LAS AGENCIAS QUE PUEDEN OFRECER LOS SERVICIOS LEGALES A PERSONAS ELEGIBLES EN UN HONORARIO REDUCIDO NI NINGUN HONORARIO.<br><br>Lancaster County Bar Association<br>28 E Orange St, Lancaster, PA 17602<br>717-393-0737 |

**WEISBERG LAW**
Matthew B. Weisberg
Attorney ID No.: 85570
David A. Berlin, Esq.
Attorney ID No.: 314400
7 South Morton Ave.
Morton, PA 19070
(610) 690-0801
Fax: (610) 690-0880

**SCHAFKOPF LAW, LLC**
Gary Schafkopf
Attorney ID No.: 83362
11 Bala Avenue
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334

*Attorneys for Plaintiffs*

|  |  |
|---|---|
| **JOSEPH ROBERTS** 14 Faculty Road Duncannon, PA 17020 | LANCASTER COUNTY COURT OF COMMON PLEAS |
| and | CIVIL COMPLAINT NO.  23-00704 |
| **KIM ZAPATA d/b/a KIM'S CARS** 234 E. Ferdinand St. Manheim, PA 17545 |  |
|  | JURY TRIAL OF TWELVE (12) JURORS DEMANDED |
| and |  |
| **KIM ZAPATA** 234 E. Ferdinand St. Manheim, PA 17545 |  |
| Plaintiffs v. |  |
| **THE BOROUGH OF MANHEIM** 15 E High St Manheim, PA 17545 |  |
| and |  |
| **DONNA CZEINER** Individually and in her official capacity as Zoning and Codes Officer The Borough of Manheim 15 E High St Manheim, PA 17545 |  |
| and |  |

| | |
|---|---|
| **ADRIN VARGAS** | : |
| Individually and in his official capacity as | : |
| Assistant Zoning and Codes Officer | : |
| The Borough of Manheim | : |
| 15 E High St | : |
| Manheim, PA 17545 | : |
| | : |
| and | : |
| | : |
| **JAMES R. FISHER** | : |
| Individually and in his official capacity as | : |
| Borough Manager | : |
| The Borough of Manheim | : |
| 15 E High St | : |
| Manheim, PA 17545 | : |
| | : |
| Defendants. | |

## CIVIL ACTION COMPLAINT

### I. Parties

1. Plaintiff, Joseph Roberts, ("Roberts") is an adult individual currently residing at the above captioned address.

2. Plaintiff, Kim Zapata d/b/a Kim's Cars, (Zapata) is an adult individual currently residing at the above captioned address.

3. Defendant, The Borough of Manheim ("Manheim"), is a borough in Lancaster, Pennsylvania. Among other things, Manheim enforces the rules and regulations of the State's Commercial Vehicle Safety Division.

4. Defendant, Donna Czeiner, at all relevant times, acted individually and in her official capacity as Zoning and Codes Officer for the Manheim, making her an agent, servant or employee of Borough of Manheim.

5. Defendant, Adrin Vargas, at all relevant times, acted individually and in his official capacity as Assistant Zoning and Codes Officer making him an agent, servant or employee of Manheim.

6. Defendant, James R. Fisher, at all relevant times, acted individually and in his official capacity as Borough Manager, making him an agent, servant or employee of Manheim.

7. Upon information and belief, jurisdiction is proper in this venue because Defendant is believed to have carried on regular, continuous, and substantial business in Lancaster County.

## II. Operative Facts

8. On or about November 2021, Plaintiff Roberts, purchased a property located in Manheim, Pennsylvania and began leasing out the space to tenants. Roberts leased a section of the property to Plaintiff, Kim Zapata, a Hispanic male, who opened a car repair shop.

9. Over the last two years, Plaintiff Roberts, has been fined approximately 1.2 million dollars ($1,200,000.00) by Defendant Manheim, for Zapata's vehicles.

10. Defendant Manheim claims the fines are valid and a result of cars sitting outside for too long.

11. Upon information and belief, Plaintiff Zapata's vehicles are the only vehicles receiving fines for being placed outside of the property. Plaintiff Roberts and other tenants also have vehicles placed outside the property, but they are not being fined to the extent Plaintiff Zapata is receiving fines.

12. Plaintiff Roberts and other tenants have cars not registered or licensed but Defendants only attack Plaintiff Zapata.

13. Defendant Donna Czeiner, who is Caucasian, indicated to Plaintiff Roberts that if Plaintiff Zapata, was not a tenant, the problem would go away.

14. Defendant Donna Czeiner said, "we need to get these kind of people to move out so more don't move in." Upon information and belief, Defendants are fining Plaintiff Zapata's, vehicles so Plaintiff Roberts will terminate Zapata's lease.

15. Upon information and belief, Defendants are targeting Plaintiff Zapata because of his race and/or nationality.

16. Upon information and belief, Defendants Vargas and Fisher knew or should have known about Defendant Czeiner's actions and the frivolous fines.

17. Upon information and belief Defendants are also attempting to evict Plaintiff Zapata from his rental home because of his race.

18. Defendants continue to engage in racial discrimination against Plaintiff Zapata by targeting and harassing him.

19. The actions of Defendants have caused Plaintiffs to endure financial distress, embarrassment and anxiety.

## COUNT I
## FOURTEENTH AMENDEMENT VIOLATION-EQUAL PROTECTION (RACE)

20. Plaintiffs incorporate by reference the foregoing paragraphs, as if fully set forth herein.

21. Defendants' unlawful racial discrimination and harassment, as set forth herein, deprived Plaintiffs of equal protection under the law, as guaranteed by the U.S. Const. amend XIV, §1.

22. Defendants' wrongful acts and violations were purposeful and willful, being motivated by invidious racial discrimination and bias.

23. Defendants acted with deliberate indifference to the statutory and constitutional rights of Plaintiffs.

24. As a direct and proximate result of Defendants' wrongful acts and violations, Plaintiffs have suffered damages and losses and have incurred attorneys' fees and costs.

WHEREFORE, Plaintiff demands judgment in his favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

## COUNT II
## VIOLATION OF 42 U.S.C. § 1983

25. Plaintiffs incorporate by reference the foregoing paragraphs, as if fully set forth herein.

26. Defendants' invidious racial discrimination , as set forth herein, was deliberate and purposeful, and is actionable against the Defendants pursuant to 42 U.S.C. §1983.

27.  Defendants have cultivated and promoted a practice of racial discrimination.

28. Defendants have caused the Plaintiffs to suffer humiliation and embarrassment, emotional distress, and economic loss for which recovery of compensatory damages may be awarded pursuant to 42 U.S.C. §1983.

29. As a direct and proximate result of Defendants wrongful acts and violations, Plaintiffs have suffered damages and losses and have incurred attorneys' fees and costs.

WHEREFORE, Plaintiff demands judgment in his favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

### COUNT III
### VIOLATION OF 42 U.S.C. § 1983 and § 1985 (CONSPIRACY)

30. Plaintiffs incorporate by reference the foregoing paragraphs, as if fully set forth herein.

31. Defendant openly stated it was her intention to get rid of "these kind of people."

32. Defendant openly stated that if Plaintiff Zapata, wasn't on the property the problem would go away.

33. Defendants were aware of each other's unlawful and discriminatory motives in their differential treatment of Plaintiffs.

34. Defendants knowingly and purposely acted together in the unlawful targeting and harassment of Plaintiffs and engaged in concerted actions to deprive them of equal protection of the law.

35. Defendants' knowledge, intent, and concerted action to deprive Plaintiffs of equal protection constituted a conspiracy, in violation of 42 U.S.C. §1983.

36. Defendants' knowledge, intent, and concerted action to deprive Plaintiffs of equal protection constituted a conspiracy, in violation of 42 U.S.C. §1985(3).

37. Defendants have caused the Plaintiffs to suffer humiliation and embarrassment, emotional distress, and economic loss for which recovery of compensatory damages may be awarded pursuant to 42 U.S.C. §1985.

38. As a direct and proximate result of Defendants wrongful acts and violations, Plaintiffs have suffered damages and losses and have incurred attorneys' fees and costs.

WHEREFORE, Plaintiff demands judgment in his favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

## COUNT IV
## VIOLATION OF STATE EQUAL PROTECTION (RACE)

39. Plaintiffs incorporates by reference the foregoing paragraphs, as if fully set forth herein.

40. Defendants' invidious racial discrimination, as set forth herein, was deliberate and purposeful, and is actionable against the Defendants pursuant to Pa. Const. art. 1, §26 and §28.

41. Defendants continued misconduct and violations justify an injunction against Defendants to immediately cease and desist from targeting and harassing Plaintiffs

based on Plaintiff Zapata's race, said injunction's effect to be immediate and indefinite.

42. Defendants misconduct and violations have caused Plaintiffs to suffer humiliation and embarrassment, emotional distress, and economic loss for which recovery of compensatory damages may be awarded.

43. As a direct and proximate result of Defendants wrongful acts and violations, Plaintiffs have suffered damages and losses and have incurred attorneys' fees and costs.

WHEREFORE, Plaintiff demands judgment in his favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

## COUNT V
## VIOLATION OF 18 PA. CONS. STAT. §2709

44. Plaintiffs incorporate by reference the foregoing paragraphs, as if fully set forth herein.

45. Defendants repeatedly fined Plaintiffs while Plaintiff Zapata was lawfully conducting lawful business in Pennsylvania.

46. Defendants repeatedly made false accusations against Plaintiff Zapata and bolstered their accusations with threats of continuing the fines.

47. Without serving any legitimate purpose, Defendants' actions were criminal and done with the intent to harass, annoy and/or alarm the Plaintiffs, in violation of 18 Pa. Cons. Stat. §2709.

48. Defendants' criminal misconduct was done repeatedly with the intention of causing harm to Plaintiffs, in violation of 18 Pa. Cons. Stat. §2709.

49. Defendants' criminal misconduct, which continues to the present, justifies an injunction against them to immediately cease and desist from harassing and annoying Plaintiffs said injunction's effect to be immediate and indefinite.

50. Defendants' criminal misconduct has caused Plaintiffs to suffer humiliation and embarrassment, emotional distress, and economic loss for which recovery of compensatory damages may be awarded.

51. As a direct and proximate result of Defendants' criminal misconduct, Plaintiffs have suffered damages and losses and have incurred attorneys' fees and costs.

WHEREFORE, Plaintiff demands judgment in his favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

### COUNT VI
### Violation of the Fair Housing Act
### *Plaintiff Zapata v. Defendants*

52. Plaintiff incorporates the foregoing paragraphs as if fully set forth at length herein.

53. The aforesaid actions and/or omissions of Defendants violate the federal Fair Housing Act ("FHA").  42 U.S.C. § 3604(a), et seq.

54. Defendants discriminated against Plaintiff on the bases of his race/nationality in violation of the FHA.

WHEREFORE, Plaintiff demands judgment in his favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

Respectfully Submitted,

WEISBERG LAW

BY: */s/ David Berlin*
David Berlin, Esquire
Matthew B. Weisberg, Esquire
*Attorneys for Plaintiff*
.

SCHAFKOPF LAW LLC

BY: */s/ Gary Schafkopf*
Gary Schafkopf, Esquire
*Attorney for Plaintiff*

DATED: February 28, 2023

WESIBERG LAW
David A. Berlin, Esquire
PA Attorney Id. No. 314400
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880

SCHAFKOPF LAW LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
Attorney for Plaintiff

---

| | | |
|---|---|---|
| **JOSEPH ROBERTS, et al.** | : | **LANCASTER COUNTY** |
| | : | **COURT OF COMMON PLEAS** |
| v. | : | |
| | : | No. : |
| **THE BOROUGH OF MANHEIM, et al** | : | |

---

## VERIFICATION

I, Kim Zapata, hereby verify that the factual averments in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Kim Zapata

_January 24, 2023_____
Date

WESIBERG LAW
David A. Berlin, Esquire
PA Attorney Id. No. 314400
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880

SCHAFKOPF LAW LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
Attorney for Plaintiff

|  |  |  |
|---|---|---|
| **JOSEPH ROBERTS** | : | **LANCASTER COUNTY** |
|  | : | **COURT OF COMMON PLEAS** |
| v. | : |  |
|  | : | No. : |
| **THE BOROUGH OF MANHEIM, et al** | : |  |

## VERIFICATION

I, Joseph Roberts, hereby verify that the factual averments in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Joseph Roberts

_January 20, 2023_____
Date

| WEISBERG LAW | SCHAFKOPF LAW LLC |
|---|---|
| David A. Berlin, Esquire | Gary Schafkopf, Attorney ID No. 83362 |
| PA Attorney Id. No. 314400 | 11 Bala Ave |
| Matthew B. Weisberg, Attorney ID No. 85570 | Bala Cynwyd, PA 19004 |
| 7 South Morton Ave. | 610-664-5200 Ext 104 |
| Morton, PA 19070 | Fax: 888-283-1334 |
| 610-690-0801 | |
| Fax: 610-690-0880 | *Attorneys for Plaintiffs* |

| | |
|---|---|
| **JOSEPH ROBERTS, et al** : | LANCASTER COUNTY COURT OF |
| : | COMMON PLEAS |
| Plaintiffs : | |
| **v.** : | |
| : | CIVIL COMPLAINT NO.  CI- |
| **THE BOROUGH OF MANHEIM, et al** : | 23-00704 |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, David Berlin, Esquire, hereby certify that on this 28th day of February 2023, a true and

correct copy of the foregoing complaint was served via e-filing upon all parties of record and

regular mail as follows:

**The Borough of Manheim**          **Donna Czeiner**
15 E High St                                    15 E. High St
Manheim, PA 17545                      Manheim PA 17545


**Adrin Vargas**                            **James R. Fisher**
15 E High St                                    15 E. High St
Manheim, PA 17545                      Manheim, PA 17545


Respectfully Submitted

WEISBERG LAW                          SCHAFKOPF LAW LLC
BY: */s/ David Berlin*                     BY: */s/ Gary Schafkopf*
David Berlin, Esquire                     Gary Schafkopf, Esquire
Matthew B. Weisberg, Esquire    *Attorney for Plaintiff*
*Attorneys for Plaintiff*
                                        .
DATED: February 28, 2023