## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH ROBERTS, ET AL.** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 23-832** |
| | **:** | |
| **THE BOROUGH OF MANHEIM,** | **:** | |
| **ET AL.** | **:** | |

### ORDER

This 9th day of April, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF 40) is **GRANTED**. It is requested that the Clerk mark this matter **CLOSED** for statistical purposes.


<u>/s/ Gerald Austin McHugh</u>
United States District Judge